**STATE v. LINDSEY**

[366 N.C. 325 (2012)]

*Kimberly S. Hibbard, NCLM General Counsel, and Gregory F. Schwitzgebel, III, NCLM Senior Assistant General Counsel; and Daniel F. McLawhorn, City of Raleigh Associate City Attorney, for North Carolina League of Municipalities, amicus curiae.*

*Hartsell & Williams, P.A., by Christy E. Wilhelm and Fletcher L. Hartsell, Jr., for Water and Sewer Authority of Cabarrus County, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

———————

STATE OF NORTH CAROLINA v. JERRY LAMONT LINDSEY

No. 124A12

(Filed 14 December 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 725 S.E.2d 350 (2012), reversing judgments entered on 13 May 2010 by Judge Timothy S. Kincaid in Superior Court, Caldwell County. On 13 June 2012, the Supreme Court allowed the State's petition for discretionary review of an additional issue. Heard in the Supreme Court on 13 November 2012.

*Roy Cooper, Attorney General, by Kimberly N. Callahan, Assistant Attorney General, for the State-appellant.*

*James N. Freeman, Jr. for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion, and this case is remanded to the Court of Appeals for consideration of the remaining issues. Discretionary review was improvidently allowed as to the additional issue.

REVERSED AND REMANDED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.